HONORABLE BENJAMIN H. SETTLE

MICHAEL E. MCFARLAND, JR., #23000
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| W.H., as guardian for her minor daughter, P.H.; W.H., individually; J.H., individually; B.M., as guardian for her minor daughter, S.A.; and B.M., individually, <br><br> Plaintiffs, <br><br> vs. <br><br> OLYMPIA SCHOOL DISTRICT, a public corporation; JENNIFER PRIDDY, individually, FREDERICK DAVID STANLEY, individually, BARBARA GREER, individually, WILLIAM V. LAHMANN, individually, DOMINIC G. CVITANICH, individually, <br><br> Defendants. | NO.  3:16-cv-05273-BHS <br><br> NOTICE OF APPEAL FOR DEFENDANTS JENNIFER PRIDDY, FREDERICK DAVID STANLEY, BARBARA GREER, AND WILLIAM V. LAHMANN |

Notice is hereby given that defendants JENNIFER PRIDDY, FREDERICK DAVID STANLEY, BARBARA GREER and WILLIAM V.

NOTICE OF APPEAL FOR DEFENDANTS OLYMPIA
SCHOOL DISTRICT, JENNIFER PRIDDY, FREDERICK
DAVID STANLEY, BARBARA GREER, WILLIAM V.
LAHMANN AND DOMINIC G. CVITANICH - page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

LAHMANN in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's "Order Granting in Part and denying in Part Motion for Summary Judgment" (ECF 39) entered in this action on August 18, 2017.

Pursuant to *Behrens v. Pelletier*, 516 U.S. 299 (1996), and it progeny, which interpret 28 U.S. C. § 1291, a district court order which denies a claim of qualified immunity is "immediately" an "appealable 'final decision' within the meaning of 28 U.S.C. § 1291 notwithstanding the absence of a final judgment" to the extent the district court decision turn on an issue of law. *Behrens*, 516 U.S. at 306, 311; *Cunningham v. City of Wenatchee*, 345 F.3d 802, 807-08 (9th Cir. 2003) (In an appeal for denial of qualified immunity claim where factual disputes exist, "[the Ninth Circuit] resolve[s] all factual dispute in favor of the plaintiff and look at the purely legal question of whether the defendant's alleged conduct violated the plaintiff's clearly established constitutional rights.")

DATED this 28th day of August, 2017.

          EVANS, CRAVEN & LACKIE, P.S.

          By:  s/   Michael E. McFarland, Jr.
              Michael E. McFarland, Jr., #23000
              Attorneys for Defendants

NOTICE OF APPEAL FOR DEFENDANTS OLYMPIA SCHOOL DISTRICT, JENNIFER PRIDDY, FREDERICK DAVID STANLEY, BARBARA GREER, WILLIAM V. LAHMANN AND DOMINIC G. CVITANICH - page 2

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on ___8-28-17___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Darrell L. Cochran
Kevin Hastings
Pfau, Cochran, Vertetis, Amala
911 Pacific Avenue, Suite 200
Tacoma, WA  98402
email:  Darrell@pcvalaw.com
email:         kevin@pcvalaw.com
email:  laura@pcvalaw.com

Jerry Moberg
Jerry Moberg & Associates, P.S.
124 3rd Avenue SW
P.O. Box 130
Ephrata, WA  98823
Email:         jmoberg@jmlawps.com
Email:         mrathbone@jmlawps.com

                                                EVANS, CRAVEN & LACKIE, P.S.

By:     s/    Michael E. McFarland, Jr.
MICHAEL E. McFARLAND, #23000
Attorney for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Suite 250
Spokane, Washington  99201
(509) 455-5200
(509) 455-3632 Facsimile
MMcFarland@ecl-law.com

NOTICE OF APPEAL FOR DEFENDANTS OLYMPIA SCHOOL DISTRICT, JENNIFER PRIDDY, FREDERICK DAVID STANLEY, BARBARA GREER, WILLIAM V. LAHMANN AND DOMINIC G. CVITANICH - page 3