UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| W.H., et al., <br><br> Plaintiffs, <br><br> v. <br><br> OLYMPIA SCHOOL DISTRICT, et al. <br><br> Defendants. | CASE NO. C16-5273 BHS <br><br> ORDER DENYING PLAINTIFFS' MOTION FOR PRIORITY TRIAL DATE |

This matter comes before the Court on Plaintiffs' motion for a priority trial date. Dkt. 89.

Plaintiffs originally filed their complaint on April 8, 2016, and trial is currently set for February 15, 2022. Plaintiffs argue that good cause exists for the Court to prioritize Plaintiffs' trial date due to Plaintiffs' severe injuries, the delays in this case due to appeals, and the length of time from the filing of their complaint to the current trial date.

The Court understands the frustration arising from the delay in trial but denies Plaintiffs' motion. Due to the COVID-19 pandemic, all civil trials are being conducted virtually, and no criminal trial has occurred in the past year. Defendants do not appear to consent to a virtual trial, and criminal matters will be prioritized once in-person trials

ORDER - 1

1  resume in the District. "A district court has inherent power to control the disposition of
2  the causes on its docket in a manner which will promote economy of time and effort for
3  itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir.
4  1962). The February 15, 2022 trial date remains the most efficient date for the Court.
5  Plaintiffs' motion for priority trial date, Dkt. 89, is therefore **DENIED**.

6  **IT IS SO ORDERED.**

7  Dated this 15th day of March, 2021.

>   _____
>   BENJAMIN H. SETTLE
>   United States District Judge