**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| PEYTON GRACE, individually; STORMEY AUSTEN, individually; JENIFER GRACE, individually; WILLIAM HOUGHTON, individually; and BRANDI MCDONOUGH, individually, <br><br>                    Plaintiffs, <br><br>    vs. <br><br> OLYMPIA SCHOOL DISTRICT, a public corporation; FREDERICK DAVID STANLEY, individually; BARBARA GREER, individually, <br><br>                    Defendants. | NO. 3:16-cv-5273-DGE <br><br> **NOTICE OF SETTLEMENT** |

TO:         ALL PARTIES ABOVE NAMED
AND TO:    THE CLERK OF THE COURT

Notice is hereby given that all claims against all parties in this action have been resolved. Any trials, pending motions, or other hearings in this matter may be stricken from the Court's calendar. This notice is being filed with the consent of all parties. A Stipulation and Order of Dismissal will be filed within the next 60 days.

///

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1     DATED this 20th day of December, 2022.

                                   PFAU COCHRAN VERTETIS AMALA, PLLC

                                   By /s/ Darrell Cochran
                                      Darrell L. Cochran, WSBA No. 22851
                                      Kevin M. Hastings, WSBA No. 42316
                                      Attorneys for Plaintiffs

NOTICE OF SETTLEMENT
2 of 3

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW

909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

# CERTIFICATE OF SERVICE

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that that I am employed at Pfau Cochran Vertetis Amala PLLC. I served the foregoing via **Email** by directing delivery to the following individuals:

Mr. Michael E. McFarland, Jr.
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910

Jerry J. Moberg
Mary Rathbone
Moberg Rathbone Kearns, P.S
124 3rd Ave SW
PO Box 130
Ephrata, WA  98823

DATED this 20th day of December, 2022.

/s/ Sarah Awes
Sarah Awes
Legal Assistant

NOTICE OF SETTLEMENT
3 of 3



PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654