UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PEYTON GRACE et al.,<br><br>          Plaintiffs,<br>   v.<br><br>OLYMPIA SCHOOL DISTRICT et al.,<br><br>          Defendants. | CASE NO. 3:16-cv-05273-DGE<br><br>ORDER DISMISSING CASE |

On February 22, 2023, the parties filed a stipulated motion for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 211.)  Accordingly, this case is DISMISSED with prejudice and without any award of costs or fees.

Dated this 23rd day of February, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1